UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk



FILED

2010 MAY -4
General Court Number 10: 60
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

415.522.2000

May 4, 2010

**CASE NUMBER: CV 10-01907 WHA**
**CASE TITLE: SUSAN NORCROSS -V- CREDIT SOLUTIONS CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **EUREKA** division.

**Honorable NANDOR J. VADAS** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/4/10

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 5/4/10AS


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA