**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| SUSAN NORCROSS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No.  1:10-cv-01907-NJV |
| ) | |
| v. ) | **ORDER SETTING STATUS** |
| ) | **STATUS CONFERENCE** |
| CREDIT SOLUTIONS CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a status conference will be held on Thursday, December 30, 2010 at 1:00 p.m. in Courtroom F on the 15th Floor of the Phillip Burton Federal Building and United States Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Counsel who desire to appear via telephone for the status conference shall contact Judge Vadas's Courtroom Deputy, Gloria Masterson, at (707) 445-3516 or Gloria_Masterson@cand.uscourts.gov for instructions no later than two weeks prior to the date of the conference.

IT IS SO ORDERED.

DATED: November 16, 2010

_____
The Honorable Nandor J. Vadas
United States Magistrate Judge