UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NORCROSS,<br><br>      Plaintiff,<br><br>  v.<br><br>CREDIT SOLUTIONS CORPORATION,<br><br>      Defendant. | No. C10-1907 NJV<br><br>**ORDER FOR REASSIGNMENT** |

The clerk shall **REASSIGN** the above-captioned case immediately to a district judge.

Dated: December 30, 2010

_____
Nandor J. Vadas
United States Magistrate Judge

1