IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN NORCROSS,

    Plaintiff,

v.

CREDIT SOLUTIONS CORPORATION,

    Defendant.

_____/

No. C 10-01907 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**

Now before the Court is Plaintiff's ex parte motion to enforce the settlement agreement and enter judgment. The motion must be properly served on Defendant and set for hearing. The Court HEREBY ORDERS that Plaintiff serve the motion on Defendant by no later than February 18, 2011, with proof of such service submitted to the Court by no later than February 22, 2011. The Court FURTHER ORDERS that an opposition to the motion shall be filed no later than March 4, 2011, and a reply brief shall be filed by no later than March 11, 2011. The Court will set the matter for hearing on March 25, 2011 at 9:00 a.m. The case management conference is CONTINUED from March 18, 2011 at 1:30 p.m. to March 25, 2011 at 9:00 a.m., to follow the hearing on the motion.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE