**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Susan Norcross,<br><br>    Plaintiff,<br><br>v.<br><br>Credit Solutions Corporation,<br><br>    Defendant. | Case No. 1:10-cv-01907-NJV<br><br>~~(proposed)~~ ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND ENTER JUDGMENT |

and having received no opposition
For good cause shown, the Court hereby GRANTS Plaintiff's Motion to Enforce The Settlement Agreement and Enter Judgment.

It is hereby ORDERED, ADJUDGED, and DECREED that the Clerk shall enter JUDGMENT against Defendant Credit Solutions Corporation in the amount of $6,050.00.

**IT IS SO ORDERED.**

Dated: March, 22 2011

_____
Judge Jeffrey S. White

The hearing and case management conference set for March 25, 2011 is HEREBY VACATED. *See* N.D. Civ. L.R. 7-1(b).